463 A.2d 60

Commonwealth v. Trevenen, Appellant.
Petition for Allowance of Appeal
Denied Feb. 8, 1984.

Argued March 25, 1981.  Richard L. Guida, for appellant; Rolf W. Bienk, Assistant District Attorney, for Commonwealth, appellee.

Before PRICE, WIEAND and LIPEZ, JJ.*

Judgment of sentence affirmed.

WIEAND, J., filed a memorandum concurring statement.

463 A.2d 61

Commonwealth v. Wadlow, Appellant.

Submitted November 9, 1982.  David O'Hanesian, for appellant; Robert L. Eberhardt, Deputy District Attorney, for Commonwealth, appellee.

Before CAVANAUGH, ROWLEY and MONTGOMERY, JJ.

Judgment of sentence affirmed.

* PRICE, J., did not participate in the consideration or decision of this case.